# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Tabitha June STOWE** DOB: 1982; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. **23-02245MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about September 11, 2023, in the District of Arizona, **Tabitha STOWE** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) 5.56 caliber Springfield Armory Rifle, fifteen (15) rounds of 5.56 ammunition, and one (1) 5.56 caliber magazine, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On September 11, 2023, **Tabitha STOWE** attempted to exit the United States and enter the Republic of Mexico through the Douglas Port of Entry in Douglas, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a 2003 Buick LeSabre Limited bearing Arizona license plate 19495SP driven by sole occupant **Tabitha STOWE**. The CBPO asked **STOWE** if she had any currency over $10,000, weapons, or ammunition to declare to which she denied having any of these items. **STOWE** was referred to secondary inspection by Customs and Border Protection (CBP). At secondary inspection, Customs and Border Protection Officers (CBPOs) discovered the following items inside of **STOWE'S** vehicle: one (1) 5.56 caliber Springfield Armory Rifle, fifteen (15) rounds of 5.56 ammunition, and one (1) 5.56 caliber magazine concealed inside the vehicle. The items were seized, and **STOWE** was subsequently released.

In an unrelated matter on October 19, 2023, and during a *post*-Miranda statement, **STOWE** informed Homeland Security Investigations (HSI) Douglas Special Agents that she had attempted to take a high-powered rifle into Mexico in a Buick LeSabre last month (September) through the Douglas POE. **STOWE** stated that her smuggling coordinator was going to give her a place to stay for smuggling the rifle into Mexico. **STOWE** stated that she knew it was illegal to take the weapon into Mexico. **STOWE** was asked if she knew she needed a license to export a firearm into Mexico, and she stated, "I do now." **STOWE** explained to agents that on that day in September, she went to Taller Mechanic shop to pick up the rifle from a man. **STOWE** stated that they put the rifle in her car, and she then took it to a residence located near 1st Street and A Avenue in Douglas, where other men zip-tied the rifle underneath the backseat of her car. **STOWE** stated that there was also a magazine under the seat.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT MATTHEW J HUNT (Digitally signed by MATTHEW J HUNT Date: 2023.12.01 11:19:07 -07'00') |
|---|---|
| AUTHORIZED BY AUSA *R. Arellano*  RAQUEL ARELLANO (Digitally signed by RAQUEL ARELLANO Date: 2023.12.01 10:59:21 -07'00') | OFFICIAL TITLE HSI Special Agent Matthew Hunt |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] *(signature)* | DATE December 1, 2023 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearm, ammunition, and magazine found in the vehicle **STOWE** was driving on September 11, 2023, qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **STOWE** does not possess a license to export weapons or ammunition into Mexico.



