GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED
2024 JAN 17 PM 12: 23
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-00242 TUC-JCH(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Tabitha June Stowe,

    Defendant.

No.

**I N D I C T M E N T**

VIO: 18 U.S.C. § 554(a)
(Smuggling Goods from the United States)
Count 1

18 U.S.C. § 933(a)(2) & (b)
(Felony Receipt of a Firearm)
Count 2

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about September 11, 2023, in the District of Arizona, Defendant TABITHA JUNE STOWE, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- One (1) Polymer 5.56 Caliber Magazine;
- Fifteen (15) Rounds of 5.56 Ammunition; and
- One (1) 5.56 Caliber Springfield Armory Saint St. Rifle (Serial No. ST089919);

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal

Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about September 11, 2023, in the District of Arizona, Defendant TABITHA JUNE STOWE did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit:

- One (1) 5.56 Caliber Springfield Armory Saint St. Rifle (Serial No. ST089919);

knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: Title 18, United States Code, Section 554(a), Smuggling Goods from the United States.

In violation of Title 18, United States Code, Section 933(a)(2) & (b).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: January 17, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
NATHANIEL J. WALTERS
Assistant United States Attorney

*United States of America v. Tabitha June Stowe*
*Indictment Page 2 of 2*